IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EILEEN MONTES, Special Administrator
Of the Estate of Evangelio Montes, Jr.,
Deceased**                                                                                          **PLAINTIFF**

V.                                          4:24CV00346 JM

**MIDWEST BUILDERS CASUALTY
MUTUAL COMPANY**                                                            **DEFENDANT**

## JUDGMENT

Based upon the Order entered today, Plaintiff's claim against Defendant is DISMISSED.

IT IS SO ORDERED this 11th day of July, 2024.

_____
James M. Moody Jr.
United States District Judge